Hazel Reese and Standard Discount Company, Inc., Assignee, Appellants, v. Guarantee Trust Mutual and Guarantee Trust Life Insurance Company, Appellees.

Gen. No. 40,921.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940; rehearing denied March 12, 1940. Victor H. Bloom, for appellants; Meyer A. Ginsburg, for appellees. Opinion by JUSTICE HEBEL. ''Not to be published in full.''